Marco Antonio MENDEZ–
HERNANDEZ,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 06–72610.

United States Court of Appeals,
Ninth Circuit.

Submitted July 18, 2008.*

Resubmitted Sept. 15, 2009.

Filed Sept. 16, 2009.

Robert B. Jobe, Esquire, Law Offices of Robert B. Jobe, San Francisco, CA, for Petitioner.

OIL, Aviva L. Poczter, Esquire, Patricia Ann Smith, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before FARRIS, SILER,** and BEA, Circuit Judges.

MEMORANDUM ***

Marco Mendez–Hernandez petitions for review of the Board of Immigration Ap-

peals' decision affirming the Immigration Judge's order finding Mendez–Hernandez (1) removable for having committed an aggravated felony—sexual abuse of a minor; and (2) ineligible for a § 212(c) waiver of this ground of removability. For the reasons stated in *Abebe v. Mukasey,* 554 F.3d 1203 (9th Cir.2009), the petition for review is DENIED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.